No. 415. BENJAMIN C. ALLEN, ON BEHALF OF HIMSELF, ETC. *v.* PHILADELPHIA COMPANY ET AL. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George Wharton Pepper, Mr. Thomas Patterson, Mr. Robert Woods Sutton* and *Mr. H. F. Stambaugh* for petitioner. *Mr. Edwin W. Smith* and *Mr. George B. Gordon* for respondents.

---

No. 416. LIM CHAN *v.* EDWARD WHITE, AS COMMISSIONER OF IMMIGRATION FOR THE PORT OF SAN FRANCISCO. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Jackson H. Ralston* and *Mr. George W. Hott* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for respondent.

---

No. 423. DU PONT ENGINEERING COMPANY *v.* EVANSVILLE ICE & STORAGE COMPANY. October 11, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Tennessee denied. *Mr. Thomas J. Tyne* for petitioner. *Mr. W. K. McAlister* for respondent.